Rachel ROBERTSON, Appellant, v. COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 14, 1941.

P. H. Vincent for appellant.

Hubert Meredith, Attorney General, and W. Owen Keller, Assistant Attorney General, for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.

E. L. STEPHENS, Movant, v. R. D. DAVIS, Opposed.

Court of Appeals of Kentucky.

Oct. 17, 1941.

See, also, 286 Ky. 608, 151 S. W. (2d) 384.

Stephens & Steely for movant.

W. B. Early, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.